```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 04 B 28569
   ANTHONY J PICKETT SR
   CHRISTAL D GRAHAM                             CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-0454     SSN XXX-XX-2288

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG           .00              .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE       7411.38              .00        4026.39
SCHOTTLER & ZUKOSKY       PRIORITY          NOT FILED              .00            .00
AMS                       UNSECURED         NOT FILED              .00            .00
ACCOUNTS SOLUTIONS GROUP  UNSECURED         NOT FILED              .00            .00
ADVOCATE PROFFESIONAL GR  UNSECURED         NOT FILED              .00            .00
ALVERNO RECEIVABLES SERV  UNSECURED         NOT FILED              .00            .00
ARONSON FURNITURE         SECURED              539.00            74.32         267.58
FORD MOTOR CREDIT         UNSECURED           7921.24              .00            .00
CAPITAL ONE BANK          FILED LATE           966.48              .00            .00
CAPITAL ONE BANK          FILED LATE           978.01              .00            .00
CAPITAL ONE BANK          FILED LATE          1310.84              .00            .00
CITIBANK CARD SERVICES    UNSECURED         NOT FILED              .00            .00
CITY OF CHICAGO PARKING   UNSECURED            300.00              .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED              .00            .00
CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED              .00            .00
DEVON FINANCE             UNSECURED         NOT FILED              .00            .00
DOCTORS & MERCHANTS SERV  UNSECURED         NOT FILED              .00            .00
DMCS                      UNSECURED         NOT FILED              .00            .00
PREMIER BANCARD CHARTER   UNSECURED            534.14              .00            .00
H&F LAW                   UNSECURED            700.00              .00            .00
H&F LAW                   UNSECURED         NOT FILED              .00            .00
HAMMONDS PATHOLOGIST      UNSECURED            733.38              .00            .00
HOUSEHOLD FINANCE         UNSECURED         NOT FILED              .00            .00
I C COLLECTION SERVICE    UNSECURED         NOT FILED              .00            .00
I C COLLECTION SERVICE    UNSECURED         NOT FILED              .00            .00
J C PENNEY NATL BANK      UNSECURED         NOT FILED              .00            .00
KOPKO GENETOS & RETSON L  UNSECURED         NOT FILED              .00            .00
MEICAL RECOVERY SPECIALI  UNSECURED         NOT FILED              .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED         NOT FILED              .00            .00
NICOR GAS                 UNSECURED            350.71              .00            .00
ORCHARD BANK              UNSECURED         NOT FILED              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 28569 ANTHONY J PICKETT SR & CHRISTAL D GRAHAM
```

```
PROFESSIONAL CREDIT SERV  UNSECURED       NOT FILED           .00             .00
PRONGER SMITH             UNSECURED             .00           .00             .00
SHERMAN ACQUISITION       UNSECURED         2120.39           .00             .00
SHERMAN ACQUISITION       UNSECURED          850.00           .00             .00
COMMUNITY HOSPITAL ER     UNSECURED          197.05           .00             .00
RECEIVABLES MANAGEMENT I  UNSECURED          250.00           .00             .00
SALLIE MAE SERVICING      UNSECURED       NOT FILED           .00             .00
AT & T BANKRUPCTY         UNSECURED          395.27           .00             .00
SEARS PAYMENT CENTER      UNSECURED       NOT FILED           .00             .00
VAN RU CREDIT CORPORATIO  NOTICE ONLY     NOT FILED           .00             .00
ZALUTSKY & PINSKI         UNSECURED       NOT FILED           .00             .00
ARONSON FURNITURE         UNSECURED         1070.35           .00             .00
PEDIATRIC DENTAL ASSOC    UNSECURED         1725.31           .00             .00
ISAC                      UNSECURED         1771.49           .00             .00
ISAC                      UNSECURED        17424.22           .00             .00
CHASE MANHATTAN MORTGAGE  COST OF COLLE        .00            .00             .00
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY      2,100.00                      2,100.00
TOM VAUGHN                TRUSTEE                                          361.71
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 6,830.00

PRIORITY                                          .00
SECURED                                      4,293.97
   INTEREST                                     74.32
UNSECURED                                         .00
ADMINISTRATIVE                               2,100.00
TRUSTEE COMPENSATION                           361.71
DEBTOR REFUND                                     .00
                      ---------------    ---------------
TOTALS                  6,830.00             6,830.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/03/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 04 B 28569 ANTHONY J PICKETT SR & CHRISTAL D GRAHAM